UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| John Cassidy | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-11170-RGS |
| | * | |
| Maura Healey | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

June 13, 2018

STEARNS, D.J.

In accordance with the Court's Electronic Order [Dkt. 6], it is ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

/s/ Arnold Pacho
Deputy Clerk